1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

9  DARRELL E. KILGORE,                           CV F   06-00851 OWW DLB HC

10                        Petitioner,            ORDER DIRECTING PETITIONER TO
                                                 SUBMIT AMENDED PETITION AND TO
11          v.                                   SUBMIT NEW APPLICATION TO PROCEED
                                                 IN FORMA PAUPERIS AND CERTIFIED
12  ON HABEAS CORPUS,                            COPY OF TRUST ACCOUNT STATEMENT
                                                 OR PAY FILING FEE
13
                          Respondent.            [Doc. 1, 2]
14  _____/

15

16          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

17  pursuant to 28 U.S.C. § 2254.

18  I.      Petition for Writ of Habeas Corpus

19          Petitioner filed the instant petition on July 6, 2006.  Petitioner indicates that he was

20  convicted in the Bellflower Superior Court.[1]  Beyond this, Petitioner did not fill out the petition

21  form.  Specifically, he did not list any claims or prayers for relief.

22          Rule 2 of the "Rules Governing Section 2254 Cases" provide that the petition:

23          " . . . shall specify all the grounds for relief which are available to the petitioner
            and of which he has or by the exercise of reasonable diligence should have
24          knowledge and Shall set forth in summary form the facts supporting each of the
            grounds thus specified."
25

26  Rule 2(c), 28 U.S.C. § 2254.  Additionally, the Advisory Committee Note to these rules explains

27  _____

28          [1] The Court notes that Bellflower City is in Los Angeles County, which is not within this Court's
    jurisdiction.

1

1    that: " '(N)otice' pleading is not sufficient, for the petition is expected to state facts that point to a

2    'real possibility of constitutional error.' " 28 U.S.C. § 2254, p. 1111; *Quoted approvingly in*

3    Blackledge v. Allison, 431 U.S. 63, 75 n.7, 97 S.Ct. 1621 (1977).   Petitioner must submit an

4    amended petition filling out the entire form petition, in order for the Court to conduct a

5    preliminary review of the petition, pursuant to Rule 4 of the Rules Governing Section 2254

6    Cases.

7    II.        In Forma Pauperis Application

8            Along with the petition, Petitioner submitted an application to proceed in forma pauperis.

9    However, the application was not entirely completed, and it does not include Petitioner's

10   signature.  Each document submitted for filing must include the original signature of the filing

11   party or parties.   Local Rule 7-131; F.R.C.P. 11(a).  In addition, petitioner has not submitted a

12   certified copy of his prison trust account statement.  See 28 U.S.C. § 1915.  Petitioner shall be

13   given another opportunity to submit the required documents or pay the filing fee.

14          Based on the foregoing, it is HEREBY ORDERED that:

15          1.       The Clerk of Court shall send Petitioner a blank § 2254 form petition;

16          2.       Within thirty (30) days from the date of Petitioner shall submit a complete petition

17                   for writ of habeas corpus;

18          3.       The Clerk of Court is directed to send Petitioner the form for application to

19                   proceed in forma pauperis; and

20          4.       Within thirty (30) days of the date of service of this order, petitioner shall submit

21                   a completed application to proceed in forma pauperis and a certified copy of his

22                   prison trust account statement for the six month period immediately preceding the

23                   filing of the petition, or in the alternative, pay the $5.00 filing fee for this action.

24                   Failure to comply with this order will result in a recommendation that this action

25                   be dismissed.

26       IT IS SO ORDERED.

27     **Dated:    August 9, 2006**                    **/s/ Dennis L. Beck**
       3b142a                                   UNITED STATES MAGISTRATE JUDGE
28